STATE OF NEW JERSEY v. MILTON MATHIS.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH A. COLLINS.

November 10, 1980.

Petition for certification denied.

VICTOR J. MASSE v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

November 10, 1980.

Petition for certification granted.   (See 175 *N.J.Super.* 325)

EDWARD R. KNIGHT v. CITY OF MARGATE.

November 10, 1980.

Certification to the Superior Court, Chancery Division is granted.